1908.) Action by Herman J. Held against the Franklin Brewing Company. H. F. Cochrane, for appellant. Bogert & Bogert, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HELLER v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Phillip Heller against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

HEWITT et al., Respondents, v. BIXBY, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Thomas B. Hewitt and others against Louise N. Bixby. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

HIGGINS, Appellant, v. POWELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by John Higgins against Sarah C. Powell and others. No opinion. Motion of the respondents denied. Motion of the appellant granted, without costs.

HIGH FALLS PULP CO., Appellant, v. JOHNSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by the High Falls Pulp Company against William Johnson, Sr., and others. No opinion. Judgment and order unanimously affirmed, with costs.

HILLERY v. LONG ISLAND R. CO. et al. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Rose Hillery against the Long Island Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

HIRSCH, Appellant, v. GUTTIN, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Leon M. Hirsch against Jean B. Guttin. C. Strauss, for appellant. L. Levy, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
SCOTT, J., dissents.

HOFFMAN, Respondent, v. McCARTHY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Agnes Hoffman against John McCarthy and others. No opinion. Judgment and order affirmed, with costs.

HOLAHAN, Respondent, v. BABCOCK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 22, 1908.) Action by Thomas Holahan against G. Edwin Babcock and another. No opinion. Order affirmed, with $10 costs and disbursements.

HOLLY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1908.) Action by Frank E. Holly against the New York Central & Hudson River Railroad Company.
. PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents. McLENNAN, P. J., not sitting.

HOOKER, Respondent, v. TOCH et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Harry S. Hooker, as trustee, against Millie Toch and another. F. Walling, for appellants. J. Rosenzweig, for respondent.
PER CURIAM. Judgment affirmed, with costs. Settle order on notice.
INGRAHAM, J., dissents as to defendant Lucas Toch.

. HORST, Respondent, v. ZELTNER BREWING .CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Paul R. G. Horst against the Zeltner Brewing Company. T. D. Kenneson, for appellant. G. A. Strong, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

H. O. VOGEL CO., Appellant, v. LOCKWOOD GLASS CO., Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by. the H. O. Vogel Company against the Lockwood Glass Company. D. Bernstein, for appellant. G. S. Scofield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOWE v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by John W. Howe against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

HOWELL v. HEINZE et al. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Anita Howell against Otto C. Heinze and others. No opinion. Motion denied. Order filed.

HOWELL, Respondent, v. HEINZE et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Anita Howell against Otto C. Heinze and others impleaded, etc. No opinion. Motion denied, upon condition that appellants have their appeal ready for argument at the March term. Order filed.

.HOYE, Respondent, v. PENNSYLVANIA R. CO., Appellant et al. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Stephen M. Hoye against the Pennsylvania Railroad Company and another. No opinion. Motion to resettle order grant-